IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



MICHAEL L. JOHNSON     PLAINTIFF

VS.     CIVIL ACTION NO. 5:08cv167-DCB-MTP

PHILLIP HILL, ET AL.     DEFENDANTS

### ORDER OF DISMISSAL

This cause having come before the court on the Plaintiff's Motion to Dismiss, the court finds that the motion should be GRANTED.

Plaintiff Michael L. Johnson filed his complaint pursuant to 42 U.S.C. § 1983 on March 25, 2008. The parties appeared and participated in an omnibus hearing before the undersigned United States Magistrate Judge on September 16, 2008. During the hearing, Plaintiff moved to voluntarily dismiss this action. Plaintiff testified that his motion was voluntarily made and was not based upon pressure or threats from any source whatsoever. The Defendants had no objection to the motion. Further, the parties consented to the undersigned entering this order of dismissal. Accordingly,

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice. Any pending motions are denied as moot.

THIS, the 22nd day of September, 2008.

_____
United States Magistrate Judge